Case 1:25-mj-00207-GMH    Document 1

Case: 1:25-mj-00207
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/4/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On August 29, 2025, a Federal Bureau of Investigation (FBI) Special Agent assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Manassas, Virginia.

In that capacity, the UC was monitoring the social media platform "Whisper Secrets," which is known to the UC as a place where people meet, discuss, and/or trade images, links or videos of underage children, and/or anonymously share sexual desires. "Whisper Secrets" is designed to be discreet and anonymous where users can post messages, known as "whispers," without revealing their identity.

On Friday, August 29, 2025, the UC responded to a whisper post of "Whisper Secrets" user "versuch" which read, "Anyone down to chat taboos or RP? F preferred." "Whisper Secrets" user "versuch" was later identified as Andrew Juarez (JUAREZ). The UC replied to this, "Yessss what kind of taboos" to which JUAREZ said "Any really what are some of your favorite ones." The UC replied and "Young and incest lol you" to which JUAREZ replied, "Same those are always fun."

JUAREZ shared that he was a 28-year-old male named "Drew" living in Maryland and asked the UC if she had any experience with taboo. The UC shared being active with her daughter, and JUAREZ replied, "Awesome how old is she what have you done so far." The UC shared, "She's 9…Recently we've played with fingering, up to 2 fingers in her and now I think she's ready to try the real thingggg.  Have you had young before?"

JUAREZ replied, "Awesome I'd be more than happy to supply it for her and you" and "Awesome sounds great I'd be more than happy to please you and her and yeah tho not recently." The UC then stated, "Ok gotta set it straight lol this isn't gonna be about hooking up with me lol I don't date men anymore. I just want to find this experience for her. I just wanna watch." JUAREZ responded, "Understandable That's perfectly fine with me how much can me and her do." The UC explained to JUAREZ that the only limit was anal and that she did not want the purported 9-year-old to be in pain to which JUAREZ agreed.

The UC and JUAREZ then shared images of one another, the UC showing a partial face a selfie and the JUAREZ sharing an image of his body from his beard to his feet standing in a bathroom with white and black tile. The subject is wearing gray underwear and commented "Here's a body pic let me know if you'd like to see what's beneath the boxers." After exchanging these images, JUAREZ asks the UC, "So when would you like to meet up?"

On Tuesday, September 2, 2025, the UC responded about meeting up by providing some availability for the week. In this, the UC stated that the purported 9-year-old had a half-day on Wednesday, September 3, 2025, and was free after 11 AM.  JUAREZ stated that he was free that day as well, after work around 4 PM.

On Tuesday, September 2, 2025, the UC asked JUAREZ "What are you most wanting to do with her? I wanna prep her for expectations. My only limit is anal." To this, JUAREZ responded with "Eat her out and I feel if she rides it be better for since she can control how much and how fast she goes and you can also help her relax and stuff."

On Tuesday, September 2, 2025, the UC asked JUAREZ to exchange another picture before meeting. The UC then sent a partial face selfie holding up a sticky note which read, "Hi Drew! -Sami[1] 😊." JUAREZ then stated he would also send a picture and asked the UC what the purported 9-year-old daughter's name is. The UC responded with "Jessica but she likes to go by Jess 😊."

After JUAREZ responded with confirming the next days meeting, the UC asked the subject, "Are you SURE you're comfortable with this?" JUAREZ responded, "Yeah I'm sure are you and Jess comfortable too?" The UC replied with "Yes we are. Just wanna make sure you know this is my real 9 year old daughter this isn't fantasy!" JUAREZ responded with, "Yeah no I totally understand I'm down to do as much as you and her are comfortable with"

Shortly thereafter, JUAREZ sent a mirror selfie, of a broad-shouldered male with a towel wrapped around his lower body. The image had the subject's face blacked out with marker with a large dark beard. The image also had a spot on what appeared to be his right bicep blacked out with marker, which is assumed to be a scar/mark/tattoo. JUAREZ then asked for an image of the UC's purported 9-year-old daughter. The UC responded with an image of the UC's purported 9-year-old daughter,[2] laying on her stomach wearing a tank top and underpants watching TV.

On Tuesday, September 2, 2025, JUAREZ sent an image from his bottom lip to his mid-chest, wearing a gray t-shirt and holding up a note which read "Can't wait for our play date Sami and Jess."

On Tuesday, September 2, 2025, the JUAREZ texted the UC, "I can't wait for Jess to ride it if she ends up being able to ride cream pie[3] her or not." JUAREZ explained that the UC's purported 9-year-old daughter would be his youngest yet, "unless another mom I was talking makes her mind up then it'll be 8." JUAREZ further explained, "Hey after have a great time tomorrow youll be able to convince more mom to make the fantasies into reality we could have our own club of moms and daughters that play together."

At this point in the conversation, the UC asked if JUAREZ was comfortable communicating on any other platforms and provided the UC's Telegram username.

On Tuesday, September 2, 2025 the UC received a Telegram message from Telegram Display name "Go Ejj," and username "soupcanue," later confirmed to be JUAREZ, which read

---

[1] Sami is the UC's name that the UC provided the subject earlier in their communications.
[2] This image does not depict a real child.
[3] 'Creampie' is a sexual act in which a man ejaculates inside his partner's vagina or anus without the use of a condom, resulting in visible seeping or dripping of semen from the orifice.

"Howdy Drew from WS.[4]"  After engaging in conversation, JUAREZ asked the UC "Oh yeah for sure now would lick her clean after cream pies or just let her get messier and messier?" JUAREZ asked the UC about exchanging further images, and said "how about vids tomorrow can we take some of course with all our faces covered" to which the UC shared one more image of her purported 9-year-old daughter[5] and agreed to images/videos being during the meet.

In response to the image of the purported 9-year-old, JUAREZ told the UC "Awesome I cant wait I'm hoping I can fit all the way in just being still and up to half way when she starts to move."  Moments later, JUAREZ asked the UC, "Ok will you like to see what she'll be riding or keep it a surprise for tomorrow?"  On September 2, 2025, at approximately 5:01 PM EDT JUAREZ sent the UC a photo of an erect penis. The skin tone and pubic hair color in this photo matched the skin/hair color of the subject's face seen in earlier images.

On September 3, 2025, the UC and JUAREZ continued to discuss meeting on September 3, 2025, to include JUAREZ advising, "Awesome same here i can't wait either im counting the minutes till im off work."

At approximately 5:06 PM EDT, at JUAREZ's request, the UC and JUAREZ engaged in a phone call via Telegram while the subject was driving from home to the meeting location. During the phone call, JUAREZ confirmed that he was on his way to the meeting location. JUAREZ confirmed that the plan was to meet at the bar with the UC and then go back to the UC's house where the purported 9-year-old daughter was.

At approximately 5:32 PM EDT, JUAREZ called the UC's phone via the Telegram application.  During this phone call, JUAREZ stated that he was close by and excited to meet. JUAREZ confirmed that he was communicating with other moms on social media and that if today's meet went well, he would like to start a club or group with other like-minded individuals. During this second phone call, JUAREZ also informed the UC that he brought several "masks" with him for him and the purported 9-year-old to wear for images/videos.

At approximately 5:45 PM EDT, the UC observed an individual matching the description from the photos wearing black pants, a a gray shirt, black and white Adidas sneakers, and a black head covering, enter the building of 500 H. Street NW, Washington D.C., the agreed upon meeting location.  The individual went into the bathroom and texted the UC, "Yellow shirt black pants right?[6]"

Moments later, JUAREZ approached the UC and greeted her by asking, "Sami?" and the UC responded, "Drew?"  JUAREZ then initiated the UC in a hug, which the UC reciprocated. The UC provided an arrest signal to members of the WFO FBI CEHTTF who were conducting surveillance around the meet. The members then took JUAREZ into custody without incident and transported him to WFO for processing and an interview.

---

[4] The remainder of the communications between the UC and the subject took place exclusively over Telegram.
[5] This image does not depict a real child.
[6] This matches the physical description of the clothing worn by the UC.

JUAREZ was found to be in the possession of two cell phones, located in his pants pocket, at the time of his arrest.

During the interview, JUAREZ indicated that he was the individual communicating with the UC and that he had child pornography on his cellular phones.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Andrew Juarez, date of birth 06/27/XXXX, committed the following offenses: Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b), on or about September 3, 2025.

Respectfully Submitted,

_____
Benjamin Burnheimer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 4, 2025.

_____
THE HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE